NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-267 consolidated with 04-268

STATE OF LOUISIANA

VERSUS

JOSEPH WALKER, JR.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 98-445
HONORABLE KEITH R. J. COMEAUX, DISTRICT JUDGE

**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy Howard Ezell, Judges.

AFFIRMED.

J. Phillip Haney
District Attorney
M. Bofill Duhe
Asst. District Attorney
300 Iberia Street, Suite 200
New Iberia, LA 70560
(337) 369-4420
Counsel for Plaintiff/Appellee

**State of Louisiana**
**Paula Corley Marx**
**Louisiana Appellate Project**
**P. O. Box 80006**
**Lafayette, LA 70598-0006**
**(337) 991-9757**
**Counsel for Defendant/Appellant**
        **Joseph Walker, Jr.**

**Jospeh Walker, Jr.**
**Main Prison- Magnolia 2**
**LA. State Penitentiary**
**Angola, LA 70712**
        **In Proper Person**